UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSI GODINEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALTA-DENA CERTIFIED DAIRY, LLC,<br><br>　　　　　Defendants. | CASE NO.:  2:15-CV-01652-RSWL-SSx<br><br>**JUDGMENT** |

　　　This action came on regularly for trial on March 8, 2016 in Courtroom 21 of the United States District Court – Central District of California, the Honorable Ronald S.W. Lew, Judge presiding.  Plaintiff Rosi Godinez appeared by and through her attorneys of record, Michael Alder and Marni B. Folinsky of AlderLaw and Donald Potter of the Law Office of Donald Potter.  Defendant Alta-Dena Certified Dairy, Inc. appeared by and through its attorneys of record Daniel Handman and Sayaka Karitani of Hirschfield Kraemer, LLP.

　　　A jury of seven persons was regularly impaneled and sworn.  Witnesses were sworn and testified, and exhibits were marked and admitted.  After considering the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict.

The jury deliberated and thereafter returned into Court with its verdict.  The verdict was as follows:

    1. On Plaintiff's cause of action for Disability Discrimination, we find for:

        Plaintiff  X             Defendant  ___

    2. On Plaintiff's cause of action for Disability Discrimination – Failure to Provide Reasonable Accommodation, we find for:

        Plaintiff  X             Defendant  ___

    3. On Plaintiff's cause of action for Disability Discrimination – Failure to Engage in the Interactive Process, we find for:

        Plaintiff  X             Defendant  ___

    4. On Plaintiff's cause of action for Failure to Prevent Discrimination, we find for:

        Plaintiff  X             Defendant  ___

    5. On Plaintiff's cause of action for Wrongful Termination in Violation of Public Policy, we find for:

        Plaintiff  X             Defendant  ___

If you find for Plaintiff of **any** of Questions 1-5, then answer Question 6.

If you find for Defendant on **all** of Questions 1-5, then stop here, do not answer any additional questions and have the presiding juror sign this form and notify the Clerk.

//

//

//

2

6. We award damages to Plaintiff in the amount of $<u>544,505.00</u>

It appearing by reason of this verdict that Plaintiff Rosi Godinez is entitled to judgment against Defendant Alta-Dena Certified Dairy, Inc., it is therefore ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff Rosi Godinez shall recover $544,505.00 against Defendant Alta-Dena Certified Dairy, Inc;
2. Plaintiff Rosi Godinez shall recover her attorney's fees against Alta-Dena Certified Dairy, Inc. in an amount to be determined pursuant to motion;
3. Plaintiff Rosi Godinez shall recover her costs against Defendant Alta-Dena Certified Dairy, Inc. in an amount to be determined pursuant to motion;
4. Interest on this judgment shall accrue at the rate of 10% per year from the date of the entry of this judgment until paid.

Dated: 3/30/2016        /s/ RONALD S.W. LEW
                        **HONORABLE RONALD S.W. LEW**
                        Senior U.S. District Judge